# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

Homeless v Kamp
Joseph F. Kemp
P.O. box 49443
muskegon, MI. -49443

Plaintiff(s),

v

Judge Timmity hicks
990 terrace
muskegon mi 49442

Defendant(s).

**FILED - GR**

December 6, 2021 11:52 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW / 12-6

Case No.  **1:21-cv-1025**
Honorable  **Paul L. Maloney**
**United States District Judge**

CBD aware
unLaw
Congress

---

Cnnard            honorable Judges #
Botney
Prugs.            fed court
                                        $$
farmasaticals  for the people
                  planyff
Rx
perscription
permittion    can a Judge be a plad XXXX
ID tax                    VS
Jawtichinde @    "Judge - Congress - oath Tvidio
Congress.    -said yaha know a CBD co.
Rire              1871 peck. 4/44 Del Sol